# District of Columbia
# Court of Appeals

No. 15-CF-309

JEROME PROCTOR, JR.,

          Appellant,

v.                                 **CF2-10780-14**

UNITED STATES,

          Appellee.

Before: Blackburne-Rigsby *, Chief Judge; Glickman, Fisher, Thompson, Beckwith, Easterly, and McLeese *, Associate Judge; and Reid *, Senior Judge.

## O R D E R

On consideration of the appellee's petition for rehearing or rehearing *en banc*, and appellant's opposition thereto, it is

ORDERED by the merits division*, that the appellee's petition for rehearing is granted in part, and this court's March 16, 2017,[**] opinion is amended by revising the last sentence on pages 15-16, with accompanying new footnote 11. In addition, (1) on page 19, lines 12-13 have been changed to read "and apparently did not own the gun"; (2) on page 21, line 15, "furthered" has been changed to "further" and (3) on page 23, line 11 has been changed to read "knew the gun was in the F Street home." The opinion concurring in part and dissenting in part was revised accordingly. It is

FURTHER ORDERED that the March 16, 2017, opinion is withdrawn, and the Clerk shall reissue the opinion forthwith. It is

FURTHER ORDERED that the petition for rehearing *en banc* is denied.

## PER CURIAM

---

\* Judge McLeese voted to grant the petition for rehearing in its entirety and also voted to grant rehearing *en banc*.

---

[**] 156 A.3d 102 (D.C. 2017).